# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2262 |
| | : | |
| JOSH SHAPIRO | : | |

## ORDER

**AND NOW**, this 14th day of July 2023, following our Congressionally mandated screening of the incarcerated Plaintiff's Complaint (ECF Doc. No. 1) seeking to impose civil rights liability upon Pennsylvania's Governor in his official and individual capacities relating to the Plaintiff's conditions of confinement in an unplead correctional facility, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's claims against the Governor for damages arising from civil rights violations in his official capacity are **DISMISSED with prejudice;** and,

2. Plaintiff's claims against the Governor for civil rights violations in his individual capacity or for injunctive relief in his official capacity are **DISMISSED without prejudice** to the Plaintiff possibly pleading <u>facts</u> demonstrating the Governor's personal involvement or supervisory liability arising from Plaintiff's conditions of confinement in an amended Complaint filed on or before **August 14, 2023** or we will close this case.

**KEARNEY, J.**